**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Fermin BARRAGAN, Defendant—**
**Appellant.**

**No. 07–10373.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2008.*

Filed Oct. 22, 2008.

Virna L. Santos, Esquire, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Carolyn Phillips, Esquire, Fresno, CA, for Defendant–Appellant.

Before: LEAVY, RYMER, and THOMAS, Circuit Judges.

MEMORANDUM **

Fermin Barragan appeals from his guilty-plea conviction and 180–month sentence for conspiracy to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Barragan's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.